IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Tori Keon Thompson,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.; Transunion, LLC; Kohls/Capital One; Capital One N.A.; Navy Federal; Online Data Exchange; Palmetto Citizens,<br><br>Defendants. | C/A No. 3:25-9792-CMC<br><br><br><br><br>Order |

Plaintiff Tori Keon Thompson ("Plaintiff") brings this action under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, et seq. Dkt. No. 104. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(c), DSC, this matter was referred to United States Magistrate Judge Paige J. Gossett for pre-trial proceedings and a Report and Recommendation ("Report").

On August 18, 2026, the Magistrate Judge issued a Report reviewing the Amended Complaint and recommending Counts III, IV, and V of the Amended Complaint, as well as Defendants Capital One N.A., Kohls/Capital One, Palmetto Citizens, Navy Federal, and Online Data Exchange be dismissed without prejudice and without issuance and service of process. Dkt. No. 113. The Magistrate Judge advised the parties of the procedures and requirements for filing objections to the Report and the serious consequences if they failed to do so. No party has filed objections, and the time to do so has expired.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the

court. *See Matthews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b). The court need only review the Report for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.") (citation omitted).

After review of the record, the applicable law, and the Report and Recommendation, the court finds no clear error. Accordingly, the court adopts the Report by reference in this order. Counts III, IV, and V of the Amended Complaint, and Defendants Capital One N.A., Kohls/Capital One, Palmetto Citizens, Navy Federal, and Online Data exchange are hereby summarily dismissed without prejudice and without issuance and service of process.[1]

**IT IS SO ORDERED.**

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
September 10, 2026

[1] Defendants Online Data Exchange and Palmetto Citizens have filed motions to dismiss. Dkt. Nos. 106, 109. Those motions are dismissed as moot in light of this ruling.